IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TONYA CARTER,

    Plaintiff,

v.                                        No. 12-1232

GRACE HEALTH CARE, MAPLEWOOD
HEALTHCARE, and ROBERT HERRING,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

        Pursuant to an order of reference, the magistrate judge, on August 7, 2013, entered a report and recommendation recommending that Plaintiff Tonya Carter's claim of Title VII employment discrimination against Defendants be dismissed for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (D.E. 9.)  To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

        Upon review of the report, the report and recommendation is hereby ADOPTED in its entirety, and Plaintiff's pro se Complaint against Defendants is DISMISSED.

        IT IS SO ORDERED this 29th day of August 2013.

                                                s/ J. DANIEL BREEN
                                               UNITED STATES DISTRICT JUDGE